IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID LEE HUDDLESTON,

      Plaintiff,

v.

                                  No. 2:18-cv-1075-JB-KRS

SUSANA MARTINEZ; JOHN MONFORTE;
and ANTHONY MOYA,

      Defendants.

## ORDER GRANTING AMENDED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**THIS MATTER** comes before the Court on an amended motion to withdraw and substitute counsel. (Doc. 27). The Court observes that counsel has now followed the Local Rules in seeking the withdrawal of Ms. Herring. Plaintiff, *pro se*, nonetheless objects because of his belief that the attorney "continues to want to drag the New Mexico taxation and revenue department into this case" where "he has not filed charges" against that entity. (Doc. 31). Regardless of the merits of this contention, it is not a basis to deny the withdrawal of counsel requested.

**IT IS, THEREFORE, ORDERED** that he amended motion to withdraw and substitute counsel (Doc. 27) is **GRANTED**. Ms. Herring is hereby withdrawn from this matter.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE